UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO FABELO,

Petitioner,

v.

FIELD OFFICER DIRECTOR, NEW YORK FIELD OFFICE,
U.S. IMMIGRAITON AND CUSTOMS ENFORCEMENT;
B.I. INCORPORATED, a Colorado corporation, with its
principal place of business at 6265 Gunbarrel Avenue, Suite B,
Boulder, Colorado 80301, and a private contractor for US
Immigration and Customs Enforcement administering the
Intensive Supervision Appearance Program (ISAP);
ATTORNEY GENERAL OF THE UNITED STATES,

Respondents.

No. 26-CV-3395 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 23, 2026, the Court received a petition for the writ of habeas corpus from Petitioner Francisco Fabelo.  Dkt. No. 1 (Pet.).  The petition, which was dated April 9, 2026 and filed *pro se*, seeks an order compelling Respondents to remove Petitioner's ankle monitor, among other relief.  *Id.* at 5.  Respondents are ordered to respond to the petition by May 11, 2026, to which Petitioner may reply by May 29, 2026.

If—but only if—Petitioner is detained, to preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court.  *See, e.g.*, *Khalil v. Joyce*, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").  Moreover, if Petitioner is detained, in light of his interests in participating in further proceedings before this Court, to facilitate resolution of the Petition, and to preserve the Court's jurisdiction to grant the relief that Petitioner is seeking (if the Court concludes that he is entitled to it), Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District

of New York, or the District of New Jersey absent further order of this Court. *See, e.g.*, *Perez y Perez v. Noem*, 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a habeas petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

The Court will issue separate orders seeking *pro bono* counsel and approving Petitioner's application to proceed without payment of fees.  The Clerk of Court is respectfully directed to mail Petitioner a copy of this order at the address listed on the docket, and to electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has issued at the following email address: jeffrey.oestericher@usdoj.gov.

SO ORDERED.

Dated:       April 27, 2026
             New York, New York

_____
Ronnie Abrams
United States District Judge