

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 19, 2026

<u>By ECF</u>
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Hon.  Ronnie  Abrams
May 22, 2026

     Re:    *Fabelo v. Field Office Director*, No. 26-cv-3395 (RA)

Dear Judge Abrams:

     This Office represents the government in the above-referenced habeas corpus action.  The government's deadline to file its opposition to Petitioner's habeas petition was May 18, 2026.  ECF No. 9.  While the government timely filed an agency declaration and the government's "return," a separate document containing exhibits, the government's memorandum of law in opposition to the petition was not filed until 3:14 a.m. on May 19, *i.e.*, a little over three hours late.  I write respectfully to request that the Court grant the government a *nunc pro tunc* extension of its response deadline such that the government's memorandum of law (ECF No. 12) is deemed timely filed.  The filing was delayed due to the press of business and other competing deadlines that came up earlier in the day, which affected my ability to finalize the brief for filing before the midnight deadline.  Petitioner is detained and pro se, and thus will not be prejudiced, as the government is mailing service papers out this morning.

     I apologize to the Court for the delay in the filing of the government's brief, and I thank the Court for its consideration of this request.

                       Respectfully submitted,

                       JAY CLAYTON
                       United States Attorney for the
                       Southern District of New York

     By:     */s/  Brandon M. Waterman*
              BRANDON M. WATERMAN
              Assistant United States Attorney
              Telephone: (212) 637-2743
              E-mail: brandon.waterman@usdoj.gov

cc: Petitioner pro se (by mail)