UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCISCO FABELO,

                Petitioner,

        v.

FIELD OFFICER DIRECTOR, NEW YORK FIELD OFFICE,
U.S. IMMIGRAITON AND CUSTOMS ENFORCEMENT;
B.I. INCORPORATED, a Colorado corporation, with its
principal place of business at 6265 Gunbarrel Avenue, Suite B,
Boulder, Colorado 80301, and a private contractor for US
Immigration and Customs Enforcement administering the
Intensive Supervision Appearance Program (ISAP);
ATTORNEY GENERAL OF THE UNITED STATES,

                Respondents.

No. 26-CV-3395 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the Government's opposition to the petition for writ of habeas corpus (the "Petition"), as well as Petitioner's reply in support. It now directs the parties to brief and/or provide evidentiary support on three issues: (1) whether Petitioner formally availed himself of the ISAP grievance process, and whether that process remains available to Petitioner; (2) whether and how Petitioner's apparent consent to GPS monitoring, *see* Dkt. No. 11-2 (ATD Enrollment Form), impacts his due process arguments; and (3) whether the Government's home visits constitute a violation of the Fourth Amendment. The Government shall have until June 24, 2026, to file a brief and any supporting materials. Petitioner shall have until July 1, 2026 to do the same. Unless the parties request otherwise, the parties shall appear for a hearing on July 7, 2026 at 3:00 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:      June 17, 2026
           New York, New York

                                  _____
                                    Ronnie Abrams
                                    United States District Judge